```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
                                    )
IRENE Y. FRASER and                 )
MICHAEL FRASER                      )
        Plaintiffs,                 )
                                    )
v.                                  )         CIVIL ACTION NO.
                                    )         12-CV-10686-WGY
OCWEN LOAN SERVICING, LLC,          )
WELLS FARGO HOME MORTGAGE,          )
and MORTGAGE ELECTRONIC             )
REGISTRATION SYSTEMS, INC.,         )
        Defendants.                 )
                                    )
```

## STIPULATION OF DISMISSAL

THE PARTIES, pursuant to Fed.R.Civ.P. 41(a)(1)(a)(ii) hereby stipulate that this action shall be dismissed without prejudice.

The parties further stipulate that they are actively working on a loan modification agreement. There is a title issue concerning subordinate liens on the property that the parties are working toward resolving as a component toward completing the modification. Should a loan modification or some other agreement be reached by the parties concerning satisfaction of the note and mortgage at issue in this case, the parties agree that they shall immediately file a stipulation of dismissal with prejudice, without costs and all rights of appeal waived.

Respectfully Submitted.

For the Plaintiffs,
Irene Y. Fraser and Michael Fraser,
By Their Attorney,

/s/ Michelle M. Baratta

Michelle M. Baratta (BBO No. 667022)

Flanagan & Associates

1495 Hancock Street

Quincy, MA 02169
(617) 472-8400
mbaratta@lawofkf.com

Date: July 30, 2012

For the Defendants,
Ocwen Loan Servicing, LLC,
Wells Fargo Bank, N.A.,
Not in its Individual or
Banking Capacity, but
Solely in its Capacity as Trustee
for the Pooling and Servicing Agreement
Dated as of April 1, 2005
Asset-Backed Pass Through Certificates
Series 2005-WHQ2 (Incorrectly named as
Wells Fargo Bank) and
Mortgage Electronic Registration
Systems, Inc.,
By Their Attorney,

/s/ Christopher A. Cornetta
Christopher A. Cornetta (BBO No.672976)
Houser & Allison, APC
60 State Street, Suite 700
Boston, MA 02109
(617) 371-2929
CCornetta@houser-law.com

Date: July 30, 2012

CERTIFICATE OF SERVICE

    I hereby certify that on July 30, 2012, I electronically filed the foregoing with the clerk of the District Court using the EM/ECF system. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          Michelle M. Baratta