UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| IRENE Y. FRASER and<br>MICHAEL FRASER<br>   Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br>WELLS FARGO HOME MORTGAGE,<br>and MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.,<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br><u>12-CV-10686-WGY</u> |

<u>AMENDED STIPULATION OF DISMISSAL</u>

THE PARTIES, pursuant to Fed.R.Civ.P. 41(a)(1)(a)(ii) and the Stipulation of Dismissal filed with the Court on July 30, 2012, hereby stipulate that this matter shall be dismissed with prejudice, without costs and all rights of appeal waived.


Respectfully Submitted.

For the Plaintiffs,
Irene Y. Fraser and Michael Fraser,
By Their Attorney,


<u>/s/Michelle M. Baratta</u>
Michelle M. Baratta (BBO No. 667022)
Flanagan & Associates
440 Washington Street, Suite 4
Weymouth, MA 02189

(617) 472-8400
mbaratta@lawofkf.com

Date: May 2, 2013



For the Defendants,
Ocwen Loan Servicing, LLC,
Wells Fargo Bank, N.A.,
Not in its Individual or
Banking Capacity, but
Solely in its Capacity as Trustee
for the Pooling and Servicing Agreement
Dated as of April 1, 2005
Asset-Backed Pass Through Certificates
Series 2005-WHQ2 (Incorrectly named as
Wells Fargo Bank) and
Mortgage Electronic Registration
Systems, Inc.,
By Their Attorney,

/s/ Christopher A. Cornetta
Christopher A. Cornetta (BBO No.672976)
Houser & Allison, APC
45 School Street, Third Floor
Boston, MA 02108
(617) 371-0922
CCornetta@houser-law.com

Date: May 3, 2013



CERTIFICATE OF SERVICE

    I hereby certify that on May 3, 2013, I electronically filed the foregoing with the clerk of the District Court using the EM/ECF system. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Michelle M. Baratta